UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR CORDOVA PIMENTAL, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF STOCKTON, et al., <br><br> Defendants. | No. 2:17-cv-0931 WBS AC <br><br> ORDER ADOPTING STIPULATION WITH MODIFICATION |

The court has considered the parties' stipulation to alter the case schedule at ECF No. 15. While the court accepts most of the proposed dates, the parties' new dispositive motions deadline requires that the pre-trial conference in this case be re-set. Thus, IT IS HEREBY ORDERED that the parties' Stipulated Protective Order (ECF No. 15), is APPROVED and INCORPORATED herein, except as to the final pre-trial conference date, which will be re-set for July 22, 2019 at 1:30 p.m. In summary, the deadlines in this case are re-set as follows:

1. deadline to complete fact discovery is extended 30 days to September 17, 2018;
2. deadline to disclose and exchange expert reports is extended to December 15, 2018;
3. deadline to submit rebuttal reports is extended to February 16, 2019;
4. deadline to complete all other discovery is extended to April 1, 2019;
5. deadline to have all motions filed is extended to May 12, 2019;

6. final pretrial conference will take place on July 22, 2019 at 1:30 p.m. in Courtroom No. 5; and

7. the jury trial (August 20, 2019) shall remain on calendar as scheduled.

IT IS SO ORDERED.

DATED: July 17, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE