# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR CORDOVA PIMENTEL, et al.,<br><br>　　　　Plaintiffs,<br>　vs.<br><br>CITY OF STOCKTON, et al.,<br><br>　　　　Defendants. | Case No. 2:17-CV-00931-WBS-AC<br><br>**[~~PROPOSED~~] ORDER GRANTING STIPULATION TO MODIFY THE SCHEDULING ORDER** |

**TO ALL INTERESTED PARTIES AND THEIR COUNSEL OF RECORD:**

The parties having stipulated and good cause having been shown, IT IS HEREBY ORDERED that the Joint Stipulation to Modify the Scheduling Order is hereby GRANTED.

The schedule set forth in the Civil Trial Scheduling Order, is modified as follows:

| EVENT | CURRENT | PROPOSED |
|---|---|---|
| Deadline to complete fact discovery: | 09/17/18 | 10/17/18 |

All other dates, including the dates for the pretrial conference and the trial date, shall remain on calendar as scheduled.

IT IS SO ORDERED.

DATED: September 7, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE