# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR CORDOVA PIMENTEL, individually and as successor-in-interest to decedent ABELINO CORDOVA-CUEVAS; MARIA CUEVAS DOMINGUE, individually and as successor-in-interest to decedent ABELINO CORDOVA-CUEVAS,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF STOCKTON, on its own behalf on behalf of its departments, including, but not limited to, THE STOCKTON POLICE DEPARTMENT; SARGEANT MATTHEW GARLICK; LUCAS WOODWARD; and DOES 1 TO 100, INCLUSIVE,<br><br>Defendants. | Case No. 2:17-CV-00931-WBS-AC<br><br>[~~PROPOSED~~] ORDER TO MODIFY SCHEDULING ORDER<br><br>State Action Filed: 03/20/2017<br>Trial Date: 08/20/2019<br>Judge: Hon. William B. Shubb |

**TO ALL INTERESTED PARTIES AND THEIR COUNSEL OF RECORD:**

The parties having stipulated and good cause having been shown, IT IS HEREBY ORDERED that the Joint Stipulation to Modify the Scheduling Order is hereby GRANTED.

The schedule set forth in the Civil Trial Scheduling Order, is modified as follows:

| **EVENT** | **CURRENT** | **PROPOSED** |
|---|---|---|
| Fact Discovery Deadline | 10/17/18 | 11/16/18 |

All other dates, including the dates for the pretrial conference and the trial date, shall remain on calendar as scheduled.

IT IS SO ORDERED.

Dated: October 18, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE