1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**EASTERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| SALVADOR CORDOVA PIMENTEL, individually and as successor-in-interest to decedent ABELINO CORDOVA-CUEVAS; MARIA CUEVAS DOMINGUE, individually and as successor-in-interest to decedent ABELINO CORDOVA-CUEVAS, | Case No. 2:17-CV-00931-WBS-AC |

11
12
13

[~~PROPOSED~~] ORDER TO MODIFY SCHEDULING ORDER

Plaintiff,

14

State Action Filed: 03/20/2017
Trial Date: 08/20/2019
Judge: Hon. William B. Shubb

15

vs.

16

CITY OF STOCKTON, on its own behalf on behalf of its departments, including, but not limited to, THE STOCKTON POLICE DEPARTMENT; SARGEANT MATTHEW GARLICK; LUCAS WOODWARD; and DOES 1 TO 100, INCLUSIVE,

17
18
19

Defendant.

20

**TO ALL INTERESTED PARTIES AND THEIR COUNSEL OF RECORD:**

21
22

The parties having stipulated and good cause having been shown, IT IS HEREBY

23

ORDERED that the Joint Stipulation to Modify the Scheduling Order is hereby GRANTED.

The schedule set forth in the Civil Trial Scheduling Order, is modified as follows:

24

| EVENT | CURRENT | PROPOSED |
|---|---|---|
| All other Discovery Deadline | 04/01/19 | 07/12/19 |

25
26

////

27

////

28

1        All other dates, including the dates for the pretrial conference and the trial date, shall remain

2   on calendar as scheduled.

3        IT IS SO ORDERED.

4   DATED: March 28, 2019

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

**<u>CERTIFICATE OF SERVICE</u>**

I certify that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record, this _____ day of March, 2019:

| | |
|---|---|
| Gregory L. Bentley<br>Matthew W. Clark<br>Natasha Axelrod<br>Bentley & More LLP<br>4931 Birch Street,<br>Newport Beach, CA 92660<br>Tel: 949-870-3800; Fax: 949-732-6291<br>Email: gbentley@bentleymore.com<br>Email: naxelrod@bentleymore.com<br>Email: mclark@bentleymore.com<br><br>Attorneys for Plaintiffs<br>Salvador Cordova Pimentel and Maria<br>Cuevas Dominguez | Dale K. Galipo<br>Eric Valenzuela<br>Law Offices of Dale K. Galipo<br>21800 Burbank Blvd., Suite 310<br>Woodland Hills, CA 91367<br>Tel: 818-347-3333; Fax: 818-347-4118<br>Email: dalekgalipo@yahoo.com<br>Email: evalenzuela@galipolaw.com<br><br>Attorneys for Plaintiffs<br>Salvador Cordova Pimentel and Maria Cuevas<br>Dominguez |
| Moris Davidovitz, Esq.<br>Charles Bolcom, Esq.<br>Cooper & Scully, P.C.<br>101 California St., Suite 3650<br>San Francisco, CA 94111<br>P: (415) 956-9700<br>F: (415) 391-0274<br>Email:Moris.davidovitz@cooperscully.com<br>Email: Charles.bolcom@cooperscully.com<br><br>Counsel for Defendants City of Stockton,<br>Sgt. Matthew Garlick; Officer Lucas<br>Woodward | John M. Lubberke, Esq.<br>City Attorney<br>425 N. El Dorado Street, 2nd Floor<br>Stockton, CA 95202<br>T: (209) 937-8333<br>F; (209) 937-8898<br>Email:john.luebberke@stocktonca.gov<br><br>Counsel for Defendants City of Stockton, Sgt.<br>Matthew Garlick; Officer Lucas Woodward |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this _____ day of March, 2019 at San Francisco, California.

_____
Sally Pincus