# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR CORDOVA PIMENTEL, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF STOCKTON, et al., <br><br> Defendants. | Case No. 2:17-CV-00931-WBS-AC <br><br> **ORDER GRANTING STIPULATION TO STAY PROCEEDINGS PENDING APPROVAL OF SETTLEMENT** |

**TO ALL INTERESTED PARTIES AND THEIR COUNSEL OF RECORD:**

The parties having stipulated and good cause having been shown, IT IS HEREBY ORDERED that this matter be stayed pending the approval of the tentative settlement by the City of Stockton City Council and the California Joint Powers Risk Management Authority. The parties shall file a Joint Status Report no later than August 19, 2019 if settlement has not been finalized by that date. A Status Conference is set in this action on 9/3/2019 at 01:30 PM in Courtroom 5 (WBS) before Senior Judge William B. Shubb, and shall be automatically vacated upon the submission of a stipulated dismissal by the parties. The Pretrial Conference date of 7/22/2019, and Trial date of 8/20/2019 are all VACATED.

///

IT IS SO ORDERED.

Dated: May 13, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE